### JOHNSON et al. v. STATLER.

No. 16649.   Opinion Filed April 5, 1927.

Rehearing Denied June 21, 1927.

(Syllabus.)

**Appeal and Error—Questions of Fact—Conclusiveness of Findings in Law Action.**

Where questions of fact are submitted to the trial court in law actions, and there is any evidence reasonably tending to support its findings and judgment thereon, the same will not be disturbed on appeal.

Error from District Court, Pontotoc County; Arden L. Bullock, Special Judge.

Action by Julia Johnson et al. against Gale Statler. Judgment for defendant, and plaintiffs appeal. Affirmed.

E. N. Jones, for plaintiffs in error.

Busby & Harrell, for defendant in error.

PHELPS, J. By stipulation this cause was consolidated with cause No. 16648, Julia Johnson et al. v. American Trust Company et al. (this day decided), 125 Okla. 172, 256 Pac. 925, and in this case it is conceded that plaintiff's right to recover is dependent entirely upon Julia Johnson's being declared the lawful wife of Mose Pettigrew at the time of his death and Foster Pettigrew and Hinabe Pettigrew being the legitimate offspring of Julia Johnson and Mose Pettigrew, and, in view of the fact that this court has by opinion in said case No. 16648, this day filed, affirmed the judgment of the district court of Pontotoc county holding that Mose Pettigrew and Julia Johnson were not husband and wife at the date of the death of Mose Pettigrew and that Foster Pettigrew and Hinabe Pettigrew were

not the legitimate children of Mose Pettigrew and Julia Johnson, but were the illegitimate children of Julia, it necessari y. follows that the judgment of the district court of Pontotoc county in this cause must be, and is hereby. in all things affirmed.

BRANSON, C. J., MASON, V. C. J.. and LESTER, CLARK, RILEY, and HEFNER, JJ., concur.

Note.—See 4 C. J. p. 879, §2853; 2 R. C. L. p. 194; 1 R. C. L. Supp. p. 433; 4 R. C. L. Supp. p. 90; 5 R. C L. Supp. p. 79; 6 R. C. L. Supp. 73.